472 A.2d 242

Steen v. Thrift Drug Co.

Appeal of Thrift Drug Company.

Submitted November 4, 1983.
James D. Hilly, for appellant; John J. McCarty, for Steen, appellee; Charles B. Burr, II, for Rieger, M.D., appellee.

Before ROWLEY, BECK and MONTGOMERY, JJ.

Order affirmed.